NIAGARA REALTY COMPANY, A CORPORATION, PLAIN-
TIFF-RESPONDENT, v. SAMUEL MICHAEL, DEFEND-
ANT-APPELLANT.

Submitted February 17, 1933——Decided April 27, 1933.

For the appellant, *Bilder & Bilder* (*Walter J. Bilder,* of counsel).

For the respondent, *Israel B. Greene.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court by Circuit Court Judge Dungan, to whom this case was referred.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.  15..

*For reversal*—None.